UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD CLARK,

       Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY

       Defendant.
_____/

CIVIL NO.: 18-CV-12048
HON. ROBERT H. CLELAND

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is before the court on the parties' cross motions for summary judgment. The case was referred to United States Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1. The magistrate judge issued his report on Julne 28, 2019 recommending that this court deny Defendant's Motion for Summary Judgment, [Dkt #17] and grant in part Plaintiff's Motion for Summary Judgment [Dkt #14] and remand the case to the Commissioner for further proceedings. No objections have been filed pursuant to 28 U.S.C. §636(b)(1)(C); thus further appeal rights are waived.[1]

The court determines that the findings and conclusions of the magistrate judge are correct and **ADOPTS** the same for purposes of this order.

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. See _Thomas v. Arn_, 474 U.S. 140,149 (1985).

## ORDER

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Defendant's Motion for Summary Judgment [Dkt #17] is **DENIED**, Plaintiff's Motion for Summary Judgment [Dkt #14] is **GRANTED IN PART** under sentence four of 42 U.S.C. §405(g) and this matter is **REMANDED** for further proceedings.

IT IS SO ORDERED.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: July 19, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 19, 2019, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (810) 292-6522